UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER L. JOHNSON,

        Plaintiff,        Case No. 1:09-cv-482

v.        Honorable Paul L. Maloney

THOMAS G. GEORGE et al.,

        Defendants.

_____/

## ORDER FOR PARTIAL SERVICE

In accordance with the Opinion filed this date:

IT IS ORDERED that Defendant Montcalm County Sheriff's Department is DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e), 1915A.

IT IS FURTHER ORDERED that Plaintiff's claims against Defendant George are DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e), 1915A, with the exception of Plaintiff's Fourth Amendment claim against Defendant George concerning whether the search was conducted in a reasonable manner.

IT IS FURTHER ORDERED that the Clerk shall arrange for service of summons and complaint, along with a copy of this order, upon Defendant George.

IT IS FURTHER ORDERED that Defendant George shall reply to the complaint by way of answer, motion to dismiss, or motion for summary judgment within the time allowed by law. *See* 42 U.S.C. § 1997e(g)(1).

Dated: August 7, 2009        /s/ Paul L. Maloney
        Paul L. Maloney
        Chief United States District Judge