UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER L. JOHNSON,

    Plaintiff,

Case No. 1:09-cv-482

v.

HONORABLE PAUL L. MALONEY

THOMAS G. GEORGE,

    Defendant.

_____/

## **JUDGMENT**

Having issued an order adopting a report and recommendation and granting defendant's motion for summary judgment, pursuant to FED.R.CIV.P. 58, **JUDGMENT** is hereby entered in favor of defendant and against plaintiff.

Date: November 3, 2010

/s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge